# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

JULIO MELECIO, :

    Plaintiff :

                         CIVIL ACTION NO. 3:16-1668

v. :

                         (Judge Mannion)

DEPUTY WARDEN :
MICHAEL BUONO, et al.,
                        :

    Defendants

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Notice of Voluntary Dismissal pursuant to Fed.R.Civ.P. 41(a)(1), (Doc. 85-2) is accepted by the Court and is to be filed by the Clerk of Court as a separate docket entry.

2. Plaintiff's Notice of Voluntary Dismissal, is **GRANTED**.

3. Defendants' motions to dismiss (Docs. 53, 58, 85) are **DISMISSED** as moot.

4. The Clerk of Court is directed to **CLOSE** this case.

                                      s/ *Malachy E. Mannion*
                                      **MALACHY E. MANNION**
                                      **United States District Judge**

**Dated: March 27, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1668-01-ORDER.wpd